IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  :
       v.  :  1:06CR433-1
PEDRO FUENTES DIAZ  :

The Grand Jury charges:

COUNT ONE

On or about April 3, 2006, PEDRO FUENTES DIAZ, did knowingly and intentionally persuade, induce and entice an individual, that is a girl under the age of thirteen, that is, twelve years old, to travel in interstate commerce, by motor vehicle from the County of Durham, in the State and Middle District of North Carolina, to Norfolk, Virginia, to engage in sexual activity under such circumstances for which PEDRO FUENTES DIAZ could be charged with a criminal offense, namely, Rape, contrary to the laws of the Commonwealth of Virginia, Va. Code Ann. § 18.2-61, in violation of Title 18, United States Code, Section 2422(a).

COUNT TWO

On or about April 3, 2006, PEDRO FUENTES DIAZ, did knowingly and intentionally persuade, induce and entice an individual, that is a girl under the age of fifteen, that is, twelve years old, to travel in interstate commerce, by motor vehicle from the County of Durham, in the State and Middle District of North Carolina, to Norfolk, Virginia, to engage in sexual activity under such

FILED OCT 3 1 2006 IN THIS OFFICE CLERK U.S. DISTRICT COURT GREENSBORO, NC BY

circumstances for which PEDRO FUENTES DIAZ could be charged with a criminal offense, namely, Taking Indecent Liberties with Children, contrary to the laws of the Commonwealth of Virginia, Va. Code Ann. § 18.2-370, in violation of Title 18, United States Code, Section 2422(a).

## COUNT THREE

On or about April 3, 2006, PEDRO FUENTES DIAZ, did unlawfully, willingly and knowingly travel in interstate commerce, from the County of Durham, in the State and Middle District of North Carolina, to the Commonwealth of Virginia, for the purpose of engaging in sexual acts, as defined in Title 18, United States Code, Section 2246, with a person under eighteen years of age that would be in violation of Chapter 109A of Title 18 if the sexual acts occurred in the special maritime and territorial jurisdiction of the United States, namely, sexual acts with a twelve year old female who was at least four years younger than the defendant PEDRO FUENTES DIAZ, who was then 35 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT FOUR

On or about April 4, 2006, PEDRO FUENTES DIAZ, did knowingly and intentionally persuade, induce and entice an individual, that is a girl under the age of eighteen, that is, twelve years old, to travel in interstate commerce, by motor vehicle from the County of Durham, in the State and Middle District of North Carolina, to

2

Miami, Florida, to engage in sexual activity under such circumstances for which PEDRO FUENTES DIAZ could be charged with a criminal offense, namely, Lewd and Lascivious Battery, contrary to the laws of the State of Florida, Fla. Stat. Ann. § 800.04, in violation of Title 18, United States Code, Section 2422(a).

## COUNT FIVE

On or about April 4, 2006, PEDRO FUENTES DIAZ, did knowingly transport in interstate commerce, from the County of Durham, in the State and Middle District of North Carolina, to Miami, Florida, an individual who had not attained the age of 18 years, namely a girl who was then 12 years of age, with the intent to engage in sexual activity under such circumstances for which the defendant PEDRO FUENTES DIAZ, could be charged with a criminal offense, namely, Lewd and Lascivious Battery, contrary to the laws of the State of Florida, Fla. Stat. Ann. § 800.04, in violation of Title 18, United States Code, Section 2423(a).

## COUNT SIX

On or about April 4, 2006, PEDRO FUENTES DIAZ, did unlawfully, willingly and knowingly travel in interstate commerce, from the County of Durham, in the State and Middle District of North Carolina, to the State of Florida, for the purpose of engaging in sexual acts, as defined in Title 18, United States Code, Section 2246, with a person under eighteen years of age that would be in violation of Chapter 109A of Title 18 if the sexual acts occurred

in the special maritime and territorial jurisdiction of the United States, namely, sexual acts with a twelve year old female who was at least four years younger than the defendant PEDRO FUENTES DIAZ, who was then 35 years of age, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

FOREPERSON

DOUGLAS CANNON
ASSISTANT UNITED STATES ATTORNEY

ANNA MILLS WAGONER
UNITED STATES ATTORNEY

4